FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT - 8 2024
KB

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) CRIMINAL NO. 24CR1407 JB<br>) |
| vs. | ) Count 1: 18 U.S.C. §§ 1153 and<br>) 113(a)(3): Assault with a Dangerous |
| **DEVIN WADE WYACO**, | ) Weapon;<br>) |
| Defendant. | ) Count 2: 18 U.S.C. § 924(c)(1)(A)(iii):<br>) Using and Carrying a Firearm During and<br>) in Relation to a Crime of Violence, and<br>) Possessing a Firearm in Furtherance of<br>) Such Crime; Discharging Said Firearm;<br>)<br>) Count 3: 18 U.S.C. §§ 922(g)(1) and 924:<br>) Felon in Possession of a Firearm and<br>) Ammunition. |

INDICTMENT

The Grand Jury charges:

Count 1

On or about September 19, 2024, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **DEVIN WADE WYACO**, an Indian, assaulted John Doe with a dangerous weapon, specifically, a handgun, with intent to do bodily harm.

In violation of 18 U.S.C. §§ 1153 and 113(a)(3).

Count 2

On or about September 19, 2024, in McKinley County, in the District of New Mexico, the defendant, **DEVIN WADE WYACO**, knowingly used and carried a firearm, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, specifically, assault with a dangerous weapon as charged in Count 1 of this

indictment, and possessed said firearm in furtherance of such crime, and the firearm was discharged.

In violation of 18 U.S.C. § 924(c)(1)(A)(iii).

## Count 3

On or about September 19, 2024, in McKinley County, in the District of New Mexico, the defendant, **DEVIN WADE WYACO**, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically:

(1) possession of cocaine with intent to distribute, and

(2) aggravated fleeing a law-enforcement officer,

knowingly possessed a firearm and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

## FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. § 922(g) or 924(c), the defendant, **DEVIN WADE WYACO**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

a. One nine-millimeter Ruger handgun, serial number 337-62488.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

Zach Jones
Assistant United States Attorney